UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Robert P. Trower, et al.,** ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.   4:13-cv-01031-HEA |
| ) | |
| **State Farm Mutual Automobile** ) | |
| **Insurance Company,** ) | |
| Defendant. ) | |

### ORDER

On May 30, 2013, the above styled cause was assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Northern Division case. Therefore, a Northern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable David D. Noce, United States Magistrate Judge. **IT IS FURTHER ORDERED** that cause number 4:13-cv-01031-HEA be administratively closed.

Dated this 31st day of May, 2013
.

James G. Woodward, Clerk of Court

By:   /s/ Katie Spurgeon
Deputy In Charge

**In all future documents filed with the Court, please use the following case number: 2:13-cv-00046-DDN.**